FILED
AUG 0 3 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:22 CR 441 |
| ADAM BESS, | ) | Title 18, United States Code, Sections 242 |
| Defendant. | ) | JUDGE ZOUHARY |
| | ) | MAG JUDGE CLAY |

COUNT 1
(Deprivation of Rights – 18 U.S.C. § 242)

The Grand Jury charges:

1. On or about November 1, 2021, in the Northern District of Ohio, Western Division, Defendant ADAM BESS, while acting under color of law as a sergeant with the Erie County Sheriff's Office, choked T.B., and thereby willfully deprived T.B. of a right secured and protected by the Constitution and laws of the United States not to be deprived of liberty without due process of law, which included the right to be free from objectively unreasonable force by a law enforcement officer. This offense resulted in bodily injury to T.B.

All in violation of Title 18, United States Code, Section 242.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

ORIGINAL